

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2015

No. 04-15-00004-CV

**IN THE INTEREST OF M.M.**, et al., Children,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00255
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On January 16, 2015, this court issued an order requiring appellant to respond with a reasonable explanation for failing to file a timely notice of appeal. The court, having considered appellant's response, finds that appellant has provided an adequate explanation for filing the notice of appeal late but within the fifteen-day grace period. *See* TEX. R. APP. P. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Therefore, the appeal is retained on this court's docket.

It is ORDERED that the court reporter file the reporter's record **within five days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court